```
         UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 05351
    JONATHAN S NIED
                                              CHAPTER 13

                                              JUDGE: BRUCE W BLACK
           Debtor
    SSN XXX-XX-2248

-------------------------------------------------------------------------------
                       TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 03/26/07 and confirmed on 07/20/07.

     2.  The case was converted to Chapter 7 after confirmation, 01/19/2009.

     3.  The Debtor paid a total of $  12777.00 .

     4.  The Trustee made disbursements to creditors as follows:

-------------------------------------------------------------------------------
                                                                     PRINCIPAL
CREDITOR NAME                CLASS           CLAIM AMOUNT   INTEREST    PAID
                                                              PAID
-------------------------------------------------------------------------------
COUNTRYWIDE FINANCIAL     CURRENT MORTG          .00          .00         .00
FIFTH THIRD BANK          SECURED VEHIC     20357.95      2130.95     8276.53
SUSAN WHITE               CHILD SUPPORT    NOT FILED         .00         .00
ASSOCIATED RADIOLOGITS J  UNSECURED        NOT FILED         .00         .00
ECAST SETTLEMENT CORPORA  UNSECURED         20015.50         .00     1133.28
ECAST SETTLEMENT CORPORA  UNSECURED         10868.33         .00      615.37
ANDREA HOEFLICH           UNSECURED        NOT FILED         .00         .00
         Summary of disbursements:
-------------------------------------------------------------------------------
                 SECURED    PRIORITY    UNSECURED      OTHER        TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED 20357.95      .00     30883.83        .00     51241.78
PRINCIPAL PAID      8276.53      .00      1748.65        .00     10025.18
INTEREST PAID       2130.95      .00          .00        .00      2130.95
TOTAL PAID         10407.48      .00      1748.65        .00     12156.13
The Debtor's attorney, STUART B HANDELMAN             , was allowed $  2500.00
and was paid $   2500.00  direct and $      .00  through the plan.

The Trustee received $    620.87 .

Refunds to the Debtor totaled $       .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



     Dated: 02/18/09                  /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE
```

```
                         PAGE   2
CASE NO. 07 B 05351 JONATHAN S NIED
```